FEE DUE

CLEAR FORM

**NAME:** Jamaceeo Jamon Edwards

**PRISON IDENTIFICATION/BOOKING NO.:** BR8972

**ADDRESS OR PLACE OF CONFINEMENT:** CCI-Tehachapi

FILED
CLERK, U.S. DISTRICT COURT

MAR - 4 2024

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Note: It is your responsibility to notify the Clerk of Court in writing of any change of address. If represented by an attorney, provide his or her name, address, telephone and facsimile numbers, and e-mail address.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Jamaceeo Jamon Edwards

FULL NAME (*Include name under which you were convicted*)

Petitioner,

v.

Calvin Newsome, California Governor

NAME OF WARDEN, SUPERINTENDENT, JAILOR, OR AUTHORIZED PERSON HAVING CUSTODY OF PETITIONER

Respondent.

**CASE NUMBER:**

CV  5:24-cv-00534-FWS-PD

To be supplied by the Clerk of the United States District Court

☐ _____ **AMENDED**

**PETITION FOR WRIT OF HABEAS CORPUS
BY A PERSON IN STATE CUSTODY
28 U.S.C. § 2254**

PLACE/COUNTY OF CONVICTION San Bernardino
PREVIOUSLY FILED, RELATED CASES IN THIS DISTRICT COURT
(*List by case number*)
CV _____
CV _____

## INSTRUCTIONS - PLEASE READ CAREFULLY

1. To use this form, you must be a person who either is currently serving a sentence under a judgment against you in a California state court, or will be serving a sentence in the future under a judgment against you in a California state court. You are asking for relief from the conviction and/or the sentence. This form is your petition for relief.

2. In this petition, you may challenge the judgment entered by only one California state court. If you want to challenge judgments entered by more than one California state court, you must file a separate petition for each court.

3. Make sure the form is typed or neatly handwritten. You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

4. Answer all the questions. You do not need to cite case law, but you do need to state the federal legal theory and operative facts in support of each ground. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit a legal brief or arguments, you may attach a separate memorandum.

5. You must include in this petition all the grounds for relief from the conviction and/or sentence that you challenge. You must also state the facts that support each ground. If you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

6. You must pay a fee of $5.00. If the fee is paid, your petition will be filed. If you cannot afford the fee, you may ask to proceed *in forma pauperis* (as a poor person). To do that, you must fill out and sign the declaration of the last two pages of the form. Also, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account at the institution. If your prison account exceeds $25.00, you must pay the filing fee.

7. When you have completed the form, send the original and two copies to the following address:
   Clerk of the United States District Court for the Central District of California
   United States Courthouse
   ATTN: Intake/Docket Section
   255 East Temple Street, Suite TS-134
   Los Angeles, California 90012

PLEASE COMPLETE THE FOLLOWING (*check appropriate number*):

This petition concerns:
1. ☑ a conviction and/or sentence.
2. ☑ prison discipline.
3. ☐ a parole problem.
4. ☑ other.

## PETITION

1. Venue
   a. Place of detention _____
   b. Place of conviction and sentence _____

2. Conviction on which the petition is based (*a separate petition must be filed for each conviction being attacked*).
   a. Nature of offenses involved (*include all counts*): Sodomy, Sexual Penetration, Kidnap, great bodily injury
   
   b. Penal or other code section or sections: 286 subdv (c)(2)(A); 289 subdv (a)(1)(A); 667.61 subdv. (a)(b); 1202.53, 12022.7, 12022.8; 1170.12(a)(b); 667(b)(i); 667(a).
   
   c. Case number: FMB21000019
   d. Date of conviction: December, 2021
   e. Date of sentence: February, 2022
   f. Length of sentence on each count: 25 years to life - doubled Strike Prior] 100 years to life
   
   g. Plea (*check one*):
      ☑ Not guilty
      ☐ Guilty
      ☐ Nolo contendere
   
   h. Kind of trial (*check one*):
      ☑ Jury
      ☐ Judge only

3. Did you appeal to the California Court of Appeal from the judgment of conviction?  ☑ Yes ☐ No
   If so, give the following information for your appeal (*and attach a copy of the Court of Appeal decision if available*):
   a. Case number: E078554
   b. Grounds raised (*list each*):
      (1) The Evidence Insufficient Support Kidnapping Finding - Count Two Attachment
      (2) Judgment Modification - Credit Total 451 Custody Days.

(3) _____
(4) _____
(5) _____
(6) _____

c. Date of decision: _____
d. Result _____

4. If you did appeal, did you also file a Petition for Review with the California Supreme Court of the Court of Appeal decision? ☒ Yes ☐ No

If so, give the following information *(and attach copies of the Petition for Review and the Supreme Court ruling if available)*:

a. Case number: S279461

b. Grounds raised *(list each)*:
(1) Insufficient Evidence Supporting Kidnap Allegation With Count Two
(2) Trial Counsel Statutorizing exhibit handling under possession lawsuit not previous
(3) More than enough evidence sustain reasonable verdict where fair known to exist
(4) All other arguments may cost livelihood well fair known about contribute minor deficiency
(5) Cite Appeal Opening Brief
(6) Cite Appeal Reply Brief continues

c. Date of decision: May 17, 2023
d. Result: Denied

5. If you did not appeal:
a. State your reasons _____
_____
_____
_____

b. Did you seek permission to file a late appeal? ☐ Yes ☐ No

6. Have you previously filed any habeas petitions in any state court with respect to this judgment of conviction?
☐ Yes ☒ No

If so, give the following information for each such petition *(use additional pages, if necessary, and attach copies of the petitions and the rulings on the petitions if available)*:

a. (1) Name of court: _____
(2) Case number: _____
(3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

(4) Grounds raised *(list each)*:
- (a) _____
- (b) _____
- (c) _____
- (d) _____
- (e) _____
- (f) _____

(5) Date of decision: _____

(6) Result _____

(7) Was an evidentiary hearing held?   ☐ Yes   ☐ No

b. (1) Name of court: _____

(2) Case number: _____

(3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

(4) Grounds raised *(list each)*:
- (a) _____
- (b) _____
- (c) _____
- (d) _____
- (e) _____
- (f) _____

(5) Date of decision: _____

(6) Result _____

(7) Was an evidentiary hearing held?   ☐ Yes   ☐ No

c. (1) Name of court: _____

(2) Case number: _____

(3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

(4) Grounds raised *(list each)*:
- (a) _____
- (b) _____
- (c) _____
- (d) _____
- (e) _____
- (f) _____

(5) Date of decision: _____

(6) Result: _____

(7) Was an evidentiary hearing held?   ☐ Yes ☐ No

7. Did you file a petition for certiorari in the United States Supreme Court?   ☐ Yes ☑ No

   If yes, answer the following:

   (1) Docket or case number (if you know): _____

   (2) Result: _____

   (3) Date of result (if you know): _____

   (4) Citation to the case (if you know): _____

8. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than five grounds. Summarize briefly the <u>facts</u> supporting each ground. For example, if you are claiming ineffective assistance of counsel, you must state facts specifically setting forth what your attorney did or failed to do.

   **CAUTION:** *Exhaustion Requirement:* In order to proceed in federal court, you must ordinarily first exhaust your state court remedies with respect to each ground on which you are requesting relief from the federal court. This means that, prior to seeking relief from the federal court, you first must present <u>all</u> of your grounds to the California Supreme Court.

   a. Ground one: CRUEL AND UNUSUAL PUNISHMENT TO DEFACE CITIZEN REPUBLIC OUTRAGEOUS STATUTORY TO CITIZEN RECOMMENDATION AS MAY REFER INULT UNTOLERATED AGAINST CLAIM

   (1) Supporting FACTS: [handwritten text, partially illegible]

   (2) Did you raise this claim on direct appeal to the California Court of Appeal?   ☐ Yes ☑ No
   (3) Did you raise this claim in a Petition for Review to the California Supreme Court?   ☐ Yes ☑ No
   (4) Did you raise this claim in a habeas petition to the California Supreme Court?   ☐ Yes ☑ No

   b. Ground two: CRITICAL AID IS PREVENTED IN LIGHT NOT SUSTAINED TO EXTEND ALL PROCEEDING IN GOOD USE TO UNKNOWN DATA NOT EXTENDED TO ALL PRACTICES NATIONWIDE IF PROHIBITED

   (1) Supporting FACTS: [handwritten text, partially illegible]

raised thru all nonlegal acknowledgement in with record, date y/o received where carried along prospect to artificial that fair given judgment unto statione containing unheard pretrial hearing, it declared whole, known in such case incomitted

(2) Did you raise this claim on direct appeal to the California Court of Appeal?   ☑ Yes  ☐ No
(3) Did you raise this claim in a Petition for Review to the California Supreme Court?   ☑ Yes  ☐ No
(4) Did you raise this claim in a habeas petition to the California Supreme Court?   ☐ Yes  ☑ No

c. Ground three: STATEMENTS MADE PRIOR TO RECEIVED TESTIMONY MAY [EXAMINE] EXCLAIM/EXEMPT ANY IN FASHION TO RETAIN ALL STORED REPLENIUM UNACHIEVED, AS TO DATE WITH VOLUME FOR EXPOSURE

(1) Supporting FACTS: May any nonlegal hearsay on return from room place date fashionized material to date arbitrary deletion to cease all other perimeters to existences/where term unappropriate, when in all meaning even exception may constrain/when it applied honesty to all found well meaning, known to date with exemption at cost to sell every good tall it asked where no second moral judgement till respected suspected!

(2) Did you raise this claim on direct appeal to the California Court of Appeal?   ☑ Yes  ☐ No
(3) Did you raise this claim in a Petition for Review to the California Supreme Court?   ☑ Yes  ☐ No
(4) Did you raise this claim in a habeas petition to the California Supreme Court?   ☐ Yes  ☑ No

d. Ground four: SYSTEMIC TRIAL PHASE, MAY RELAY ALL PERTINENT, GROUND RELATIONSHIP NOW KNOWN TO DATE CONFLICT WITH INTEREST, IN OVERALL SNEME, TO POSSESS MORAL FACTOR INSIGHT

(1) Supporting FACTS: Real succession in all economics to please, future date with past invenue where, belonging correct to all an individual where known to date all any possibility in connection with fair being service with all one voice to retain even bad effect it acknowledged perfectly to term with when apply business inquiry no longer of judgment to date, all good tails unsuspected to end more harm on cant base applied here

(2) Did you raise this claim on direct appeal to the California Court of Appeal?   ☐ Yes  ☑ No
(3) Did you raise this claim in a Petition for Review to the California Supreme Court?   ☐ Yes  ☑ No
(4) Did you raise this claim in a habeas petition to the California Supreme Court?   ☐ Yes  ☑ No

e. Ground five: SUPPORT ANY SUGGESTION TO RETAIN EVERY PAST AND NOW FOUND LEVEL PERTINENT IN VERDICT CONSIDERATION, WITH ANALYSIS IF, IN MEANING TERM PRESENT ISN'T WELL FASHIOND

(1) Supporting FACTS: To impose case theory analysis may date above beyond facts retain acceptance to end fact remedy to judgment in any name based on finding prohibited to any all any suggestion understood according where fair and moral to people, more than one trial, any proposed set date, where attorney explaining overall analysis into giving no more declaration exposing civil it base judgement

(2) Did you raise this claim on direct appeal to the California Court of Appeal?   ☐ Yes  ☑ No

(3) Did you raise this claim in a Petition for Review to the California Supreme Court?  ☐ Yes  ☑ No

(4) Did you raise this claim in a habeas petition to the California Supreme Court?  ☐ Yes  ☑ No

9. If any of the grounds listed in paragraph 8 were not previously presented to the California Supreme Court, state briefly which grounds were not presented, and give your reasons: _To infer any possessing non-base into criticism where found granted. A left alone to end all possessions in any custody; to be known available where ordered of. Vocal transcript to apply where none arrives_

10. Have you previously filed any habeas petitions in any federal court with respect to this judgment of conviction?
    ☐ Yes  ☑ No

    If so, give the following information for each such petition *(use additional pages, if necessary, and attach copies of the petitions and the rulings on the petitions if available)*:

    a.  (1) Name of court: _____
        (2) Case number: _____
        (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____
        (4) Grounds raised *(list each)*:
            (a) _____
            (b) _____
            (c) _____
            (d) _____
            (e) _____
            (f) _____
        (5) Date of decision: _____
        (6) Result _____

        (7) Was an evidentiary hearing held?  ☐ Yes ☐ No

    b.  (1) Name of court: _____
        (2) Case number: _____
        (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____
        (4) Grounds raised *(list each)*:
            (a) _____
            (b) _____
            (c) _____
            (d) _____
            (e) _____
            (f) _____
        (5) Date of decision: _____

CV-69 (05/18)   PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY (28 U.S.C. § 2254)   Page 7 of 11

(6) Result _____

(7) Was an evidentiary hearing held?  ☐ Yes ☐ No

11. Do you have any petitions now pending (i.e., filed but not yet decided) in any state or federal court with respect to this judgment of conviction?  ☐ Yes  ☑ No

If so, give the following information *(and attach a copy of the petition if available)*:

(1) Name of court: _____
(2) Case number: _____
(3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____
(4) Grounds raised *(list each)*:
  (a) _____
  (b) _____
  (c) _____
  (d) _____
  (e) _____
  (f) _____

12. Are you presently represented by counsel?  ☑ Yes ☐ No
If so, provide name, address and telephone number: H.A. SALA Business Specialist handling criminal appeals with verdict consideration for examination reference; 641 H Street Bakersfield, California 93301 661-322-1708 * Braden Favor Forensic Expert Inc. 08.7930 W. Imperial Highway Suite 200(a) Inglewood, CA 90303 (323) 777-1898

WHEREFORE, petitioner prays that the Court grant petitioner all relief to which he may be entitled in this proceeding.

_____
*Signature of Attorney (if any)*

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on February 26, 2024
       *Date*

_____
*Signature of Petitioner*

CV-69 (05/18)   PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY (28 U.S.C. § 2254)   Page 8 of 11

# PROOF OF SERVICE

I declare that I am a resident of or employed in the County of Kern, State of California. I am over the age of 18 years. The name and address of my residence or business is POB 1905 Tehachapi, CA 93581

On February 29, 2024, I served the Petition Writ Habeas Corpus 28 U.S.C. §2254
(Date)   (Description of document(s))

(Description of document(s) continued)

on the parties listed below (include name, address and, where applicable, fax number) by (check the applicable method or methods):

___ placing a true copy thereof enclosed in a sealed envelope for collection and delivery by the United States Postal Service or private delivery service following ordinary business practices with postage or other costs prepaid;

✓ personal delivery;

___ facsimile transmission in accordance with the requirements of PERB Regulations 32090 and 32135(d).

(Include here the name, address and, where applicable, fax number of the Respondent and any other parties served.)

Joshua Tree Courthouse 6527 White Feather Road Joshua Tree, California 92252
USDC- Central District 312 North Spring Street Los Angeles, CA 90012

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on February 29, 2024, at Tehachapi, California.
(Date)   (City)   (State)

Jamaceco Edwards
(Type or print name)

(Signature)

Brandon Fowks LL2 CDCR660488
CCI Facl. B1804, Col 242
PB 1905 Tehachapi, Ca 93581

US DC - Central District
312 N. Spring St.
Los Angeles, CA 90012

LEGAL MAIL

LEGAL MAIL

2-29-24